## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:18-cv-00130-SVW-KK | Date | October 17, 2018 |
| Title | *Samuel Love v. William George Maingot, et al.* | | |

Present: The Honorable STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

N/A                                    N/A

**Proceedings:** ORDER TO SHOW CAUSE WHY THE ADA CLAIM SHOULD NOT BE DEEMED MOOT AND WHY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [21] SHOULD NOT BE DENIED

In its Motion for Summary Judgment, Dkt. 21, Plaintiff admits that as of August 30, 2018, the only non-compliant features of the parking lot were that "[t]here was no fine warning or tow away signage displayed at or near the designated accessible parking space." *Id.* at 9-10. Furthermore, as of September 13, 2018, "most of the barriers had been remediated"; the only apparent remaining barrier was that "there was still no compliant tow away signage at the entrance to the customer parking lot or at the van accessible parking space." *Id.* at 10.

In their Opposition brief, Dkt. 23, Defendants provide evidence that they have since remediated all barriers under the ADA and that the parking lot is now in compliance with the ADA. Dkt. 25 ¶ 8; Dkt. 25, Ex. A (showing a "Handicapped Parking Only – Van Accessible – Minimum Fine $250" sign and tow away signage); Dkt. 26 ¶ 8.

Given that only injunctive relief is available for violations of the ADA, *Wander v. Kaus*, 304 F.3d 856, 858 (9th Cir. 2002), and that Defendants appear to be in full compliance with the ADA at this time, the Court intends to deem the ADA claim moot.

Plaintiff has not filed a reply brief. Plaintiff has until 12 p.m. on Friday, October 19, 2018 to show cause as to why the ADA claim should not be deemed moot and why Plaintiff's motion for summary judgment should not be denied.

                                                                                                               :

Initials of Preparer         PMC